Civil Action No. 4:23-cv-00499-DGK

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* LINCOLN NATIONAL LIFE INSURANCE COMPANY was received by me on *(date)* 07/20/23.

❒ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______, a person of suitable age and discretion who resides there, on *(date)* ______, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* KIM LANDERS, who is designated by law to accept service of process on behalf of *(name of organization)* MO DEPT OF INSURANCE on *(date)* 07/21/23 (1:00pm); or

❒ I returned the summons unexecuted because ______ ; or

❒ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 07/21/23

D. M. Roberts
*Server's signature*

DAVID M. ROBERTS, SPECIAL PROCESS SERVER
*Printed name and title*

620-B E. High St.
JEFFERSON CITY, MO 65101
*Server's address*

Additional information regarding attempted service, etc: