**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| ANTHONY ASBRIDGE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:23-cv-00499-DGK |
| | ) | |
| LINCOLN NATIONAL LIFE INSURANCE COMPANY, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## SCHEDULING ORDER

Now before the Court is the parties' joint proposed scheduling order. ECF Nos. 10. Since the parties state this action will be decided on cross-motions for summary judgement or motions for determination on the administrative record without need for discovery, the Court enters the below scheduling deadlines.

### Key Dates

1. Motions to join additional parties shall be filed on or before October 27, 2023.
2. Motions to amend the pleading shall be filed on or before October 27, 2023.
3. Dispositive motions shall be filed on or before February 9, 2024.

**IT IS SO ORDERED.**

Date: October 17, 2023

/s/ Greg Kays
GREG KAYS, JUDGE
UNITED STATES DISTRICT COURT